UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 19CV11924 |
| | ) | |
| $36,000 U.S. Currency | ) | |

NOTICE OF WITHDRAWAL OF APPEARANCE

Now comes attorney Geoffrey Nathan and moves that he be withdrawn from representing the claimant/client in this case.

In support:

1. There has been a material breakdown of the attorney-client relationship.

The claimant/client has been served a copy of this motion.

/s/ Geoffrey G. Nathan, Esq.

Geoffrey G. Nathan
BBO #552110
132 Boylston Street – 5th Floor
Boston, MA 02116
(617) 472-5775
(617) 262-1060 x31
(617) 479-0917 fax

**No opposition: AUSA David Lazarus**

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail and on 10/5/19

/s/ [signature]